UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG<br><br>and<br><br>DAVID BURNHAM,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | **FILED**<br>MAY 1 2 2003<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 02-2467 (PLF) |

ORDER

This matter is before the Court on plaintiffs' motion to consolidate this case with the related action, Long v. United States Department of Justice, Civil Action No. 00-0211 ("Long I"), and on defendant's motion to stay consideration of all claims that are raised in plaintiffs' motion for summary judgment in the above-captioned case, Civil Action No. 02-2467 ("Long II"), but that already are pending before the Court in Long I. The Court held a status conference on May 6, 2003 to discuss these two motions with counsel and learned that each side believes that its proposed procedure would save the most time and effort.

Because the Court wishes to decide the common issues in these two related cases only once (and has been advised that all but one of the issues in Long II are shared with Long I), the Court concludes that consolidation of the two matters and resolution of all issues in both cases simultaneously is the better course. In reaching this conclusion, the Court admonishes counsel neither to repeat arguments previously made in Long I nor to raise new

arguments pertaining to the common issues in <u>Long I</u> and <u>Long II</u>, since the parties agree that these issues have been briefed thoroughly and are ripe for consideration.

The decision to consolidate, however, does not entirely resolve the question of how best to proceed with briefing on the one new issue in <u>Long II</u>. Plaintiffs already have filed a motion for summary judgment in <u>Long II</u> and defendant contends that in their motion, filed on March 19, 2003, plaintiffs raise new arguments with respect to the common issues in <u>Long I</u> and <u>Long II</u>. If briefing on <u>Long II</u> is allowed to go forward, defendant argues, defendant will be forced to respond to plaintiffs' new arguments, resulting in a needless rehashing of issues already briefed by both parties at great length. In response, plaintiffs assert that their motion for summary judgment in <u>Long II</u> raises no new arguments with respect to common issues but merely reviews these issues to provide a contextual history of the dispute for the benefit of the Court.

While it is unclear to the Court which of these representations is the more accurate characterization of plaintiffs' motion, there is one course that will resolve this dispute without opening the door to extensive rebriefing of common issues. In light of the parties' disagreement as to the content of plaintiffs' motion, as well as the parties' evident agreement that common issues should not be revisited, the Court concludes that the best path is as follows: The Court will disregard plaintiffs' motion for summary judgment in <u>Long II</u> in its entirety; plaintiffs shall withdraw and resubmit the motion and supporting memorandum without addressing any common issue previously briefed in <u>Long I</u> and addressing *only* the single new issue raised in <u>Long II</u>. To the extent that plaintiffs ask the Court to consider the history and context of these cases in its decision, the Court assures them that it is fully prepared to do so without further briefing on issues previously addressed by the parties. If either party

deems it necessary to advise the Court of new law on any issues before the Court, the parties are free at all times to file a notice of supplemental authority without argument, as is the standard practice. Finally, counsel are advised to keep their memoranda of law as focused and concise as possible, particularly in light of the reams of paper already filed in these cases. To borrow from William Shakespeare, the Court reminds counsel that brevity is the soul of persuasion.

For these reasons, it is hereby

ORDERED that plaintiffs' motion to consolidate [4] is GRANTED; it is

FURTHER ORDERED that Civil Action No. 00-0211 and Civil Action No. 02-2467 are CONSOLIDATED for all purposes, including decision on the merits; it is

FURTHER ORDERED that defendant's motion to stay [5] is DENIED; and it is

FURTHER ORDERED that plaintiffs shall withdraw their motion for summary judgment in Civil Action No. 02-2467 and shall resubmit the motion in accordance with the conditions stated herein no later than May 16, 2003; defendant shall file its opposition to plaintiffs' motion and its cross-motion for summary judgment no later than May 30, 2003; plaintiffs shall file their reply and their opposition to defendant's cross-motion no later than June 13, 2003; and defendant shall file its reply no later than June 27, 2003.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/9/03

3